# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENTLEY A. HOLLANDER | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TIMEX GROUP USA, INC., f/k/a | : | |
| TIMEX CORPORATION | : | No. 10-429 |
| Defendants. | : | |

## ORDER

AND NOW, this **24th** day of **March 2010,** upon consideration of Defendant's Motion to Dismiss (Document No. 10), and Plaintiff's response thereto, it is hereby **ORDERED** that the motion is **GRANTED in part** and **DENIED in part** as follows:

1. The motion is **GRANTED** as to all allegations of false marking under 35 U.S.C. § 292(a) for articles marked prior to January 29, 2005, as agreed by the parties.

2. The motion is **DENIED** in all other respects.

BY THE COURT:

**Berle M. Schiller, J.**