IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENTLEY A. HOLLANDER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| EUSA PHARMA (USA), INC. | : | NO. 2:10-cv-492 |

**O R D E R**

      **AND NOW,** this **29TH** day of **OCTOBER 2010,** it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby **ORDERED** that this matter is **DISMISSED** with prejudice.  It is further **ORDERED** that all pending motions are **DENIED** as moot.  The Clerk of Court is directed to statistically close this matter.

      **MICHAEL E. KUNZ**, Clerk of Court


      **BY:**   /S/CAROL SAMPSON
          Carol Sampson
          Deputy Clerk

10/29/10 - CS
I. Rosenberg
J. C. Cohn
J. V. Gorman
R. J. Smyth
W. J. Matney, Jr.